**LARRY H. LUM**
Nevada Bar No. 14914
**KAREN L. BASHOR**
Nevada Bar No. 11913
**TANIA G. BONILLA**
Nevada Bar No. 15703
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89119
(702) 727-1400; FAX (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
tania.bonilla@wilsonelser.com
*Attorneys for Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MONICA PENA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, a Nevada Limited-Liability Company d/b/a THE COSMOPOLITAN OF LAS VEGAS; DOES 1-10, inclusive; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00408-RFB-DJA<br><br>**(RENEWED) JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff MONICA PENA (hereinafter, "Plaintiff") AND Defendant NEVADA PROPERTY 1 LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS (hereinafter "Defendant") by and through their counsel of record, hereby submit the following Joint Discovery Plan and [Proposed] Scheduling Order pursuant to Rule 26(f)(3) and LR 26-1(b):

///

///

292892897v.1

1. <u>Initial Pleadings</u>:

The Complaint in this matter was filed on September 25, 2024. Defendant Nevada Property 1, LLC its Answer on January 24, 2024. On February 29, 2024, Defendant Nevada Property 1, LLC filed its Petition for Removal to Federal Court Under 28 U.S.C. Section 1332 and 1441(b)(Diversity). On March 18, 2024, Plaintiff filed a Motion to Remand. On October 21, 2024, this Court issued an Order denying Plaintiff's Motion to Remand. On November 8, 2024, Defendant filed an Amended Petition for Removal Under 28 U.S.C. Section 1332 and 1441(b)(Diversity).

2. <u>Meeting of Counsel Pursuant to Rule 26(f) and LR 26-1(d)</u>:

The Rule 26(f) conference was held on December 6, 2024. Craig Murphy, Esq. of Murphy & Murphy Law Offices participated on behalf of MONICA PENA (the "Plaintiff") and Tania G. Bonilla, Esq. of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP, participated on behalf of NEVADA PROPERTY 1, LLC (the "Defendant").

3. <u>Rule 26(a)(1) Disclosures</u>:

The parties shall make all disclosures required by Rule 26(a)(1) no later than January 9, 2025.

4. <u>Discovery Scope and Limits</u>:

The parties may conduct discovery on all issues, claims and defenses raised in the pleadings filed in this matter, and any other matters reasonable calculated to lead to the discovery of admissible evidence. Parties propose that each party may propound a total of forty (40) Requests for Production in accordance with Fed. R. Civ. P. 34, forty (40) Requests for Interrogatories in accordance with Fed. R. Civ. P. 33 and forty (40) Requests for Admissions in accordance with Fed. R. Civ. P. 36.

5. <u>Discovery of Electronically Stored Information</u>:

The parties have discussed the retention and production of electronic data. The parties consent to electronic service of any and all discovery documents. Said service shall be deemed completed by sending an email with the related discovery document(s) to all service addresses for counsel and counsel's staff on record with the court for the above-captioned matter at the time of

service. The parties further agree, when serving by email, if any error or delayed delivery message is received by the sending party, the party shall promptly notify the intended recipient(s) of the message and serve the pleadings or other papers by other authorized means. Further, the parties agree to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties reserve the right to revisit this issue if a dispute or need arises.

6. <u>Alternative Dispute Resolutions</u>:

The parties certify that they conferred about the possibility of using alternative dispute resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

7. <u>Issues Concerning Handling Claims of Privilege</u>:

NONE.

8. <u>Discovery Cut-Off</u>:

The parties shall complete all discovery in this matter no later than May 7, 2025, which is 180 days from October 21, 2024, the date on which Defendant filed its Amended Petition for Removal. Here Defendant "appeared" when he filed his Amended Petition for Removal to federal court on November 8, 2024.

9. <u>Deadline for Amending the Pleadings and Adding Parties</u>:

February 26, 2025

10. <u>Rule 26(a)(2) Disclosures</u>:

The parties shall disclose all expert witnesses and reports required by Rule 26(a)(2) no later than March 18, 2025. The parties shall disclose all rebuttal expert witnesses and reports no later than April 18, 2025.

11. <u>Dispositive Motions</u>:

Dispositive motions shall be filed no later than June 6, 2025.

12. <u>Joint Pretrial Order</u>:

The Joint Pretrial Order shall be filed no later than July 8, 2025, per FRCP 26(a)(3), unless a dispositive motion is filed.  If a dispositive motion is filed, the Joint Pretrial Order will not be due until 30 days after the dispositive motion is decided.

13. Trial Estimate:

The parties estimate the trial in this case will last approximately five days. The parties hereby certify that they considered consent to a trial by a magistrate judge under 28 U.S.C. Section 636(c) and FRCP 73 and the use of the Short Trial Program (Local 26-1(b)(7)).

Dated this 31st day of December, 2024.

**MURPHY & MURPHY LAW OFFICES**

*/s/ Craig M. Murphy*

Craig M. Murphy, Esq.
Murphy & Murphy Law Offices
3900 S. Hualapai Way, St. 134
Las Vegas Nevada 89147
Mailing Address:
4482 Market Street, Ste. 407
Ventura, CA 93003
*Attorney for Plaintiff*

Dated this 31st day of December, 2024.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Tania G. Bonilla*

Larry H. Lum, Esq.
Nevada Bar No. 14914
Karen L. Bashor, Esq.
Nevada Bar No. 11913
Tania G. Bonilla, Esq.
Nevada Bar No. 015703
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant Nevada Property 1, LLC*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/2/2025

**Kaufman, Jessica**

| | |
|---|---|
| **From:** | Craig Murphy <craig@nvpilaw.com> |
| **Sent:** | Tuesday, December 31, 2024 11:55 AM |
| **To:** | Bonilla, Tania G. |
| **Cc:** | Kaufman, Jessica; Mary Fischer; PenaMonicavNevadaPropertyILLCdbaCosmopolitaZ799854@nvpilaw.filevineapp.com |
| **Subject:** | RE: RE: Monica Pena v. Nevada Property 1, LLC; 2:24-cv-00408-RFB-DJA - 26(f) Conference |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**EXTERNAL EMAIL** This email originated from outside the organization.

Tania:

You have great timing. I had you on my list of people to call. This looks good to me. You have my authorization to affix my signature and submit it to the Court.

Thank you.

Happy New Year.

**Craig Murphy**



**"WINNING IS NO ACCIDENT"** ™
Murphy & Murphy Law Offices
Personal Injury Trial Lawyers
(702) 369-9696 Las Vegas * (805) 330-3393 California * (702) 369-9630 Fax

**Mailing Address for All Locations:  4482 Market Street, Ste 407, Ventura, CA  93003**

Las Vegas Office: 3900 S. Hualapai Way, Ste 134, Las Vegas, NV 89147
Ventura, California Office:  4482 Market Street, Ste 407, Ventura, CA 93003.

CONFIDENTIALITY NOTICE: This email is intended only for the named recipient(s) above. Any unauthorized review, copy, use, disclosure, or distribution is prohibited. This email is confidential and may contain information that is privileged or exempt from disclosure under law. If you have received this message in error, please immediately notify the sender by return email and delete this email message and any attachments from your computer.

Our clients' files are managed in a paperless environment. Please be environmentally conscious before printing this e-mail.

**From:** Bonilla, Tania G. <Tania.Bonilla@wilsonelser.com>
**Sent:** Tuesday, December 31, 2024 11:39 AM
**To:** Craig Murphy <craig@nvpilaw.com>