



MICHAEL P. LOWRY
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
TANIA G. BONILLA
Nevada Bar No. 15703
E-mail: Tania.Bonilla@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Nevada Property 1, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Monica Pena, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Nevada Property 1, LLC, a Nevada Limited-Liability Company d/b/a The Cosmopolitan of Las Vegas; Does 1-10, inclusive; and Roe Entities 1-10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00408<br><br>**Nevada Property 1, LLC's Motion to Remove from Service List** |

Nevada Property 1, LLC requests to remove attorneys Karen Bashor and Justin Shiroff from the CM/ECF electronic service list. These attorneys are no longer working this file.



*/s/ Michael Lowry*
Michael P. Lowry
Nevada Bar No. 10666
Tania G. Bonilla
Nevada Bar No. 15703
Attorneys for Nevada Property 1, LLC

IT IS THEREFORE ORDERED that Nevada Property 1's motion (ECF No. 20) is **granted.** The Clerk of Court is kindly directed to remove attorneys Karen Bashor and Justin Shioff from the CM/ECF electronic service list for this case.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 5, 2025

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

Pursuant to FRCP 5, I certify that on May 4, 2025, I served **Nevada Property 1, LLC's**

**Motion to Remove from Service List** as follows:

☐    by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒    via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Murphy & Murphy Law Offices<br>3900 S. Hualapai Way, Suite 134<br>Las Vegas, NV 89147<br>Attorneys for Monica Pena | |

BY:   */s/ Michael Lowry*

-2-

312584906v.1