**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
TANIA G. BONILLA
Nevada Bar No. 15703
E-mail: Tania.Bonilla@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Nevada Property 1 LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONICA PENA, individually,<br><br>   Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, a Nevada Limited-Liability Company d/b/a THE COSMOPOLITAN OF LAS VEGAS; DOES 1-10, inclusive; and ROE ENTITIES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:24-cv-00408-RFB-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

**IT IS SO STIPULATED.**

| MURPHY & MURPHY LAW OFFICES | **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| BY: */s/ Craig M. Murphy*<br>CRAIG M. MURPHY, ESQ.<br>Nevada Bar No. 4014<br>Attorney for Plaintiff | BY: */s/ Michael Lowry*<br>MICHAEL P. LOWRY, ESQ.<br>Nevada Bar No. 10666<br>TANIA G. BONILLA, ESQ.<br>Nevada Bar No. 15703<br>Attorneys for Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas |

**IT IS SO ORDERED.**

**DATED:** October 6, 2025.



_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

319064344v.1